IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| LISA M. WHISTLER, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CIV-13-388-RAW-KEW |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 17, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The time for objection has passed, and no objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 19th day of March, 2015.

**Dated this 19th day of March, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma